# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WARREN C. SAMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV411-317 |
| ) | |
| AL ST. LAWRENCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Currently being tried in state court on armed robbery charges, *see* attached state court docket, Warren C. Sampson invokes 42 U.S.C. § 1983 in an effort to have this Court enjoin that prosecution. Doc. 7.[1] Upon review,[2] it is obvious that Sampson has trolled the U.S. Code and cited

---

[1] The Court **GRANTS** his motion to amend his complaint. Doc. 6. However, it **DENIES** his motion for appointment of counsel (doc. 8) because this case is frivolous.

[2] Since he has completed his IFP paperwork, docs. 4 & 5, the Court will now screen his case under 28 U.S.C. § 1915(e)(2)(B)(ii), which allows a district court to *sua sponte* dismiss a claim of a plaintiff proceeding in forma pauperis for failure to state a claim before service of process. See also 28 U.S.C. § 1915A (courts must identify "cognizable claims" filed by prisoners or other detainees and dismiss claims which are frivolous, malicious, fail to state a claim for relief, or seek monetary relief from a defendant immune from such relief, and 42 U.S.C. § 1997e(c)(2) (allowing dismissal on the same four standards provided by § 1915A as to any prisoner suit brought "with respect to prison conditions").

every last civil rights statute he could find. Doc. 7 at 4-5. He does so while naming as defendants (in his complaint's caption) judges, prosecutors, his own defense lawyer, a detective, and a parole officer -- apparently all who are involved in prosecuting or defending him. *Id.* at 1.

Sampson wants to stop what he characterizes as a bad faith prosecution. Doc. 7 at 6-7. That relief is available only where extraordinary circumstances are shown to support a federal injunction against a state prosecution. *Younger v. Harris*, 401 U.S. 37, 41 (1971); *see also Cole v. State of Florida*, 2010 WL 2711861 at * 3 n. 4 (N.D. Fla. Jun. 3, 2010). Such circumstances are not alleged here, so this claim fails.

Finally, to the extent Sampson seeks release from custody, he is in substance bringing a 28 U.S.C. § 2241 habeas action, not a § 1983 claim. *See Hudson v. Hubbard*, 358 F. App'x 116, 119 (11th Cir. 2009) (citing

---

The Court applies the Fed. R. Civ. P. 12(b)(6) standards here. *Leal v. Ga. Dep't of Corrs.*, 254 F.3d 1276, 1278–79 (11th Cir. 2001). Allegations in the complaint are thus viewed as true and construed in the light most favorable to the plaintiff. *Bumpus v. Watts*, 448 F. App'x 3, 4 n. 1 (11th Cir. 2011). But conclusory allegations fail. *Ashcroft v. Iqbal*, 556 U.S. ___, 129 S. Ct. 1937, 1951 (2009) (discussing a 12(b)(6) dismissal). "[T]he pleading standard [Fed. R. Civ. P.] 8 announces does not require 'detailed factual allegations,' but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Id.*, 129 S. Ct. at 1949 (citations omitted); *see also Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (pro se pleadings are still construed liberally after *Iqbal*).

*Medberry v. Crosby*, 351 F.3d 1049, 1062 (11th Cir. 2003)); *see also Wilkinson v. Dotson*, 544 U.S. 74 (2 005) ("[A] prisoner in state custody cannot use a § 1983 action to challenge 'the fact or duration of his confinement.'") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 489 (1973)); *Wolff v. McDonnell*, 418 U.S. 539, 553-55 (1974) (delineating distinctions between using § 1983 to pursue damages, and habeas for claims affecting confinement). He ultimately seeks to challenge the fact or duration of his confinement by the state, so he "must seek federal habeas corpus relief (or appropriate state relief) instead" of a § 1983 judgment. *Wilkinson*, 544 U.S. at 78. To do that he must first exhaust his state court remedies.[3] Hence, his request for release is non-cognizable under § 1983.

---

[3] Sampson does not plead, nor can he credibly claim, that judicial review is not available to him in the Georgia courts:

> So long as review is available in the Georgia courts . . . "this Court is precluded from the consideration of the substance of [Sampson's claims] until the issues have been squarely and fairly presented to the Georgia courts for their consideration." *Fields v. Tankersley*, 487 F. Supp. 1389, 1391 (S.D. Ga. 1980). As Petitioner apparently has not sought relief in state court, he has not exhausted his state court remedies. *See Castille v. Peoples*, 489 U.S. 346, 109 S. Ct. 1056, 103 L. Ed. 2d 380 (1989) (holding that a claim is only exhausted if it was presented to the state courts under remedies available under state law).

*Ellis v. Unnamed Defendant*, 2010 WL 3842806 at * 1 (N.D. Ga. Sep. 28, 2010); *see also* 28 U.S.C. § 2254(b), (c); *see also Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011) (collecting pre-conviction, state remedy cases).

And, as noted, his 28 U.S.C. § 2241 habeas petition must be dismissed for lack of exhaustion. Put another way, Sampson must return to the state court where he belongs.

At this stage the Court ordinarily considers whether to *sua sponte* grant plaintiffs like Sampson a second chance to plead their case. *Langlois v. Traveler's Ins. Co.*, 401 F. App'x. 425, 426-427 (11th Cir. 2010). However, it is apparent that a second chance would be futile here. Accordingly, Warren C. Sampson's case should be **DISMISSED**. *Hale v. King*, 2012 WL 84820 at * 3 (M.D. Fla. Jan. 12, 2012) (same result in similar prosecution jam-up case).

In the meantime, it is time for Sampson to pay his filing fee. His furnished account information shows that he has had funds in his prison account during the past six months. Doc. 5 ($63.51 average monthly balance for the last six months). He therefore owes an initial partial filing fee of $12.70. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula). Plaintiff's custodian (or designee) therefore shall deduct $12.70 from Sampson's account and remit it to the Clerk of Court (payable to the

4

"Clerk of Court"). The custodian shall also set aside 20 percent of all future deposits to the account, then forward those funds to the Clerk each time the set aside amount reaches $10.00, until the balance of the Court's $350.00 filing fee has been paid in full.

Also, the Clerk is **DIRECTED** to send this R&R to plaintiff's account custodian (G. Sheppard, doc. 6) immediately, as this payment directive is nondispositive within the meaning of Fed. R. Civ. P. 72(a), so no Rule 72(b) adoption is required. In the event plaintiff is transferred to another institution, his present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to plaintiff's new custodian. The balance due from the plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

**SO REPORTED AND RECOMMENDED** this 29th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



### CHATHAM COUNTY, GA
### Eastern Judicial Circuit of Georgia

Home | Magistrate Court | Probate Court | State Court | Superior Court | Juvenile Court | Court Forms | Court Fees

March 27, 2012    Location: **Case Details**    Input your search...

**CASE LOOKUP**

**COURT FORMS**

**COURT FEES**

**MAP & DIRECTIONS**

**JURY SERVICES**

**SITE SEARCH**

# Case Details

State
VS.
SAMPSON, WARREN CAREY

- Case Events
- Charges
- Parties
- Proceedings

**Case Information**

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR092889 |
| Case Type: | ARMED ROBBERY |
| Judge: | JUDGE WALMSLEY |
| Assistant District Attorney: | ARVO HENIFIN |
| Date Filed: | 12/2/2009 |
| Status: | ACTIVE - |

**Defendant Information**

| | |
|---|---|
| Name: | SAMPSON, WARREN CAREY |
| DIN: | X0049556 |
| Gender: | MALE |
| Race: | WHITE |
| Height: | 69 |
| Weight: | 190 |
| Eyes: | BROWN |
| Hair: | GREY/PARTIALLY GREY |

Click for large Picture

**Defendant History**

**Attorney Information**

NATHAN AKPOLO
540 EAST OGLETHORPE ST
SAVANNAH, GA
31401

**Bondsman Information**

N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 3/21/2012 | 09:30AM | JURY TRIAL | WALMSLEY | |
| 3/19/2012 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 12/19/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 10/3/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | HEARING WAIVED |
| 8/29/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 7/11/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 5/23/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 4/18/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 3/7/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 1/10/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | |
| 1/3/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | |
| 11/22/2010 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 10/18/2010 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 9/7/2010 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 7/12/2010 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 6/1/2010 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 3/15/2010 | 12:00PM | PRETRIAL HEARING | PERRY BRANNEN, JR. | |
| 2/1/2010 | 10:00AM | CALENDAR CALL | PERRY BRANNEN, JR. | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 9/14/2009 4:40:47 PM | Nolle Pros 3/21/2012 |
| 16-5-21 | AGGRAVATED ASSAULT | 1 | FELONY | 9/14/2009 4:41:55 PM | Nolle Pros 3/21/2012 |

| 16-5-24 | AGGRAVATED BATTERY | 1 | FELONY | 11/24/2009 | Guilty Plea Negotiated 3/21/2012 |
|---|---|---|---|---|---|
| Sentencing Details: | Description | | | Fine | Duration |
| | CFTS 9-14-09 | | | $0.00 | 10 Years-PRISON |
| | BANNED FROM 500 BLOCK OF 33RD ST NO CONTACT WITH DANIEL MULDER OR MITCHELL RHODA | | | $0.00 | 5 Years-PROBATION |
| | | | | $0.00 | -WAIVED FOURTH ADMENDMENT RIGHTS |
| | | | | $0.00 | 200 Hours-COMMUNITY SERVICE |
| | | | | $400 | $400.00-ATTORNEY FEE |
| | DANIEL MULDER | | | $1,029.6 | $1029.60-RESTITUTION |
| 16-5-21 | AGGRAVATED ASSAULT | 1 | FELONY | 11/24/2009 | Guilty Plea Negotiated 3/21/2012 |
| Sentencing Details: | Description | | | Fine | Duration |
| | | | | $0.00 | 10 Years-PRISON |
| | | | | $0.00 | 5 Years-PROBATION |

[Return to Top]

### Proceedings

| Date | Time | Event | Result | Judge | Notes |
|---|---|---|---|---|---|
| 3/21/2012 | 09:30AM | JURY TRIAL | | WALMSLEY | |
| 3/21/2012 | | SENTENCE ORDER | | | |
| 3/19/2012 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 2/24/2012 | | MASTER LIST FOR WITNESSES | | | |
| 2/24/2012 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 12/21/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/19/2011 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 11/29/2011 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 11/29/2011 | | ORDER | | | ORDER DENYING MOTION FOR SUBSTITUTE COUNSEL/ |
| 11/29/2011 | | ORDER | | | ORDER DENYING MOTION PRO SE IN BAR/ |
| 11/28/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 11/22/2011 | | MOTION - PRO SE MOTION | DENIED | | MOTION FOR SUBSTITUTE COUNSEL APPOINTMENT OF DESIGNATED PRO BONO ATTY OR PRO SE REPRESENTATION/AND MOTION TO DISMISS WARRANTS AND SQUASH INDICTMENT/ |
| 11/18/2011 | | ORDER | | | ORDER DENYING MOTION TO DISMISS WARRANTS/ |
| 10/3/2011 | 3:00PM | MOTION HEARING (MTH) | HEARING WAIVED | PERRY BRANNEN, JR. | |
| 9/15/2011 | | ORDER | | | ORDER DENYING MOTION TO DISMISS WARRANTS AND SQUASH INDICTMENT/ |
| 9/14/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | DENIED | | |
| 8/29/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 8/24/2011 | | ENTRY OF APPEARANCE | | | AKPOLO/ |
| 7/20/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 7/19/2011 | | ORDER FOR TERM PROB/INTNSV TO REGULAR | | | ORDE DENYING PETITION FOR MANDAMUS-HAVENT RECEIVED PETITION YET/ |

| Date | Time | Event | Status | Judge | Description |
|---|---|---|---|---|---|
| 7/18/2011 | | ORDER | | | ORDER DENYING MOTION FOR SPECIAL GENERAL DEMURRER/ |
| 7/13/2011 | | MOTION | DENIED | | MOTION FOR SPECIAL GENERAL DEMURRER FILED BY DEF WHILE REPRESENTED BY COUNSEL- MOTION HEARING ALREADY SCHEDULED/ |
| 7/11/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 7/5/2011 | | CERTIFIED MAIL RECEIPT | | | |
| 5/24/2011 | | HOLD ORDER | | | |
| 5/23/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 5/16/2011 | | MASTER LIST FOR WITNESSES | | | |
| 5/5/2011 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 4/18/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 4/12/2011 | | SUBSTITUTION OF COUNSEL | | | JENNIFER BURNS/ |
| 4/7/2011 | | ORDER | | | ORDER DENYING MOTION TO TERMINATE LOWRY/ |
| 4/6/2011 | | MOTION - PRO SE MOTION | DENIED | | PRO SE MOTION TO TERMINATE ATTORNEY LOWRY/ |
| 3/21/2011 | | ORDER | | | ORDER DENYING MOTION FOR A SPECIAL GENERAL DEMURRER/ |
| 3/7/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 3/7/2011 | | PRO SE LETTER RECEIVED | | | |
| 3/7/2011 | | ORDER | | | CASE CONTINUED/ |
| 2/28/2011 | | MASTER LIST FOR WITNESSES | | | |
| 2/3/2011 | | MOTION - PRO SE MOTION | DENIED | | MOTION FOR SPECIAL GENERAL DEMURRER/ |
| 2/2/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/27/2011 | | HOLD ORDER | | | |
| 1/10/2011 | 09:30AM | JURY TRIAL | | PERRY BRANNEN, JR. | |
| 1/3/2011 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 1/3/2011 | 3:00PM | MOTION HEARING (MTH) | | PERRY BRANNEN, JR. | |
| 12/30/2010 | | NOTICE - OF INTENT | | | NOTICE OF STATES INTENT TO INTRODUCE EVIDENCE OF SIMILAR TRANSACTIONS/ |
| 12/30/2010 | | NOTICE | | | NOTICE OF IMPEACHMENT/ |
| 12/16/2010 | | MASTER LIST FOR WITNESSES | | | |
| 12/15/2010 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 12/14/2010 | | MASTER LIST FOR WITNESSES | | | |
| 11/22/2010 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 10/18/2010 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |

| Date | Time | Event | | Judge | Notes |
|---|---|---|---|---|---|
| 10/12/2010 | | MOTION - JACKSON DENNO | | PERRY BRANNEN, JR. | |
| 9/21/2010 | | MASTER LIST FOR WITNESSES | | | |
| 9/16/2010 | | HOLD ORDER | | | |
| 9/7/2010 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 8/12/2010 | | MASTER LIST FOR WITNESSES | | | |
| 8/2/2010 | | HOLD ORDER | | | |
| 7/12/2010 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 6/15/2010 | | MASTER LIST FOR WITNESSES | | | |
| 6/11/2010 | | ORDER | | | ORDER TO HOLD DEF/ |
| 6/9/2010 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/7/2010 | | HOLD ORDER | | | |
| 6/1/2010 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 5/24/2010 | | ORDER | | | CONSENT ORDER FOR CONTINUANCE/ |
| 5/13/2010 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 5/11/2010 | | MASTER LIST FOR WITNESSES | | | |
| 3/18/2010 | | STATES DISCOVERY DISCLOSURE AND DEMAND FOR RECIPROCAL DISCOVERY | | | STATES DEMAND FOR DISCOVERY/STATES DEMANDF OR DISCLOSURE OF WITNESS IDENTITIES AND INFO/STATES DEMAND FOR WITNESS STMTS/STATES DEMAND FOR DISCOVERY REGARDING ALIBI/ |
| 3/15/2010 | 12:00PM | PRETRIAL HEARING | | PERRY BRANNEN, JR. | |
| 2/5/2010 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 2/1/2010 | 10:00AM | CALENDAR CALL | | PERRY BRANNEN, JR. | |
| 1/14/2010 | | NOTICE OF SUBSTITUTION OF COUNSEL | | | |
| 12/17/2009 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 12/3/2009 2:18:41 PM | | SCREENING | | | Initial Case Screening / Scanning |
| 12/2/2009 | | INDICTMENT | | | |

[Return to Top]