```
                                              FILED
                                         U.S. DISTRICT COURT
                                           SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA   2012 MAY 23  AM 10: 31
SAVANNAH DIVISION

```
                                         CLERK_____
                                            SO. DIST. OF GA.
```

WARREN C. SAMPSON,              )
                                )
     Plaintiff,                 )
                                )
v.                              )   CASE NO. CV411-317
                                )
SHERIFF AL ST. LAWRENCE; CHATHAM)
COUNTY JAIL; CPL. WILLIAMS,     )
Chatham County Jail; CPL.       )
STRICKLAND, Chatham County Jail;)
JOHN BECTON, Parole Officer;    )
DETECTIVE J. MIKLOVCICH;        )
DISTRICT ATTORNEY LARRY CHISOLM;)
STEPHEN BROWN, Assistant        )
District Attorney; JUDGE TAMMY  )
STOKES; JUDGE PERRY BRANNEN JR.;)
MICHAEL EDWARDS, Public         )
Defender; and OGHENEKOME AKPOLO,)
Public Defender;                )
                                )
     Defendants.                )
                                )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of May 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA