
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAY 23 AM 10:31
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WARREN C. SAMPSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV411-317 |
| SHERIFF AL ST. LAWRENCE; CHATHAM COUNTY JAIL; CPL. WILLIAMS, Chatham County Jail; CPL. STRICKLAND, Chatham County Jail; JOHN BECTON, Parole Officer; DETECTIVE J. MIKLOVCICH; DISTRICT ATTORNEY LARRY CHISOLM; STEPHEN BROWN, Assistant District Attorney; JUDGE TAMMY STOKES; JUDGE PERRY BRANNEN JR.; MICHAEL EDWARDS, Public Defender; and OGHENEKOME AKPOLO, Public Defender; | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of May 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA